No. 720. KERCHEVAL v. UNITED STATES. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Herbert C. Wade* and *S. J. Callaway* for petitioner. *Attorney General Mitchell, Assistant Attorney General Luhring,* and *Messrs. Claude R. Branch* and *Harry S. Ridgely* for the United States.

No. 721. KNUDSEN v. WASHINGTON. April 28, 1930. Petition for writ of certiorari to the Supreme Court of Washington denied. *Messrs. John J. Sullivan* and *Roger O'Donnell* for petitioner. *Mr. Ewing Dean Colvin* for respondent.

No. 722. SWIFT v. JACKSON ET AL. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Chester I. Long, Peter Q. Nyce, J. B. Campbell, J. D. Houston,* and *W. D. Stanley* for petitioner. *Mr. Webster Ballinger* for respondents.

No. 724. HYLTON v. SOUTHERN RY. Co. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. James A. Fowler* for petitioner. *Messrs. S. R. Prince, H. O'B. Cooper,* and *Charles H. Smith* for respondent.

No. 725. SUGIMOTO v. NAGLE, COMMISSIONER OF IMMIGRATION. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Aylett R. Cotton* for petitioner. *Attorney*